NOROTON HEIGHTS FIRE DEPARTMENT *v.* VUONO-LIONE, INC.

The defendant's motion to dismiss the appeal from the Superior Court in Fairfield County at Stamford is dismissed.

No appearance by counsel for either party.

Decided December 3, 1974

LEROY FITZGERALD *v.* JAMES M. TROY ET AL.

The plaintiff's motion to dismiss the appeal from the Superior Court for the judicial district of Waterbury is dismissed.

No appearance by counsel for either party.

Decided December 3, 1974

DAVID JENSEN *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF CROMWELL ET AL.

The petition for certification by the named defendant for appeal from the Court of Common Pleas in Middlesex County is granted.

*Thomas P. Byrne,* in support of the petition.

Submitted November 25—decided December 3, 1974